# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2013

## NO. 03-12-00041-CR

**Teresa Perez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 147TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the judgment of conviction.

**IT IS THEREFORE ORDERED** that the judgment of conviction is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made, and that this decision be certified below for observance.